UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>PAUL W. HIATT,<br><br>    Respondent. | CASE NO. MC09-5020JRC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO SERVE RESPONDENT |

This matter is before the court on petitioner's motion for an extension of time and request to have the matter served by the U.S. Marshal. After reviewing the record, the motion is GRANTED. The hearing, currently set for November 18, shall be cancelled and a new hearing date will be scheduled in the new Notice of Hearing and Order of Show Cause issued this same day.

DATED this 3rd day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1