UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>      v.<br><br>PAUL W. HIATT,<br><br>                Respondents. | CASE NO. MC09-5020JRC<br><br>ORDER |

        This matter is before the court upon petitioner's motion to dismiss (Doc. 13). After reviewing the record, the court finds and orders the following:

        1.      The dispositive motion was filed with the court on December 18, 2009. To provide respondent a full and fair opportunity to file an opposition brief, if any, the matter shall be set for consideration on the court's January 22, 2010 motion calendar. Accordingly, respondent's opposition, if any, must be served and filed by Tuesday, January 19, 2010. Any reply to the opposition must be served and filed by Friday, January 22, 2010.

        2.      The hearing to consider respondent's objections to the court's previous order to show cause, which is currently scheduled for December 22, 2009, at 10:00 a.m., shall be stricken. If necessary, the court will reschedule the hearing until a date after the respondent has had the opportunity to respond and the court has considered the underlying motion to dismiss.

3. The Clerk is directed to send a copy of this order to respondent at his last known address.

Dated this 21st day of December, 2009.

J. Richard Creatura
United States Magistrate Judge