UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Petitioner,

    v.

PAUL W. HIATT,

        Respondents.

CASE NO. MC09-5020JRC

ORDER

      This matter is before the court upon respondent's submission of a cost bill (Doc. 18). After reviewing the record, the court finds and orders the following:

      1.     Respondent's cost bill is DENIED. Respondent may recover costs in this case only pursuant to 26 U.S.C. § 7430, which is the United States' waiver of sovereign immunity for attorneys' fees in cases involving "the determination, collection, or refund of any tax, interest or penalty." 26 U.S.C. § 7430(a); <u>Smith v. Brady</u>, 972 F.2d 1095, 1099 (9th Cir. 1992). An award of costs in this matter is inappropriate. The matter was dismissed voluntarily by petitioner and the court finds respondent is not a prevailing party that would be entitled to any costs or reimbursement from the United States. Moreover, respondent appeared in this matter without the aid of an attorney and the bulk of the costs claimed are for attorneys fees, i.e., time

ORDER - 1

respondent spent on representing himself. A pro se litigant is not entitled to receive attorney fees under § 7430. <u>Corrigan v. United States</u>, 27 F.3d 436, 438 (9th Cir. 1994).

  2. The Clerk is directed to send a copy of this order to respondent at his last known address and to issue a judgment stating that this matter has been dismissed without prejudice or costs.

  Dated this 11th day of February, 2010.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge